UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

Civ. No. 00-1715 DSD/JMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION |
| | ) | |
| LAURA B. FORNSHELL, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including October 15, 2000, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: September 20, 2000

B. TODD JONES
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Laura B. Fornshell
Laura B. Fornshell, pro se
Defendant

IT IS SO ORDERED.

Dated: 9/21/00

United States Magistrate Judge
United States District Court

FILED SEP 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________